EDWARD CASBY, an Infant, by WILLIAM CASBY, His Guardian ad Litem, Respondent, *v.* ELIZABETH J. LAWLESS et al., Appellants.

*Casby* v. *Lawless,* 116 App. Div. 922, affirmed.
(Argued December 11, 1907; decided January 7, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 26, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been caused by defendants' negligence.

*James S. Havens* for appellants.

*John Gillette* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

EUGENE C. GILROY, as Receiver of the COLUMBIA PUBLISHING COMPANY, Appellant, *v.* EVERSON-HICKOK COMPANY et al., Respondents.

*Gilroy* v. *Everson-Hickok Co.,* 118 App. Div. 733, affirmed.
(Submitted December 11, 1907; decided January 7, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 16, 1907, modifying and affirming as modified a judgment in favor of defendants entered upon a verdict in an action of replevin.

*Charles W. Dayton, Jr.,* for appellant.

*Isaac N. Miller* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER and WILLARD BARTLETT, JJ. Not voting: HISCOCK, J.